# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

Elizabeth A. Reynolds, )
AKA Elizabeth M. Hickman )
Plaintiff )   Case Number: 8:05CV362
)
v. )   **CONSENT TO EXERCISE**
)   **OF JURISDICTION BY A**
)   **UNITED STATES MAGISTRATE JUDGE**
Metropolitan Community )   **AND**
College )   **ORDER OF REFERENCE**
Defendant )

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
05 OCT -7 PM 2: 16
OFFICE OF THE CLERK

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| **Signature of Attorney or Party** | **Name of Party** | **Date** |
|---|---|---|
| [signature] M. Paul Hunter | For Elizabeth Reynolds | 10-4-2005 |
| [signature] | For Metropolitan Comm. College | 6 Oct. 2005 |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable __Thomas D. Thalken__, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

10/7/05
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.