# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH A. REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV362 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| METROPOLITAN COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (Filing No. 19). The court finds that the parties' joint stipulation should be approved.

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 19) is approved and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 3rd day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge